UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLOTTE ELIZABETH CRIBBS, :

          Plaintiff        :

    v.                            :

PA DEPT OF CORR., *et al.*, :

         Defendants   :

CIVIL ACTION NO. 3:22-1950

(JUDGE MANNION)

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned action is **DISMISSED with prejudice** pursuant to Federal Rules of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).

MALACHY E. MANNION
United States District Judge

Date: August 9, 2023
22-1950-01-ORDER